United States District Court
Southern District of Texas
FILED

SEP 07 2021

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. M-20-1792-S3 |
| JUAN RICARDO HERNANDEZ, ET. AL. | § | |

## SEALED ORDER

HAVING CONSIDERED the Government's Motion to Seal the Third Superseding Indictment, and finding it meritorious, it is hereby

ORDERED that the Third Superseding Indictment as to defendants AGUSTIN CARBAJAL, JR., BRIAN KEITH JONES, and ARCHIE ANTWON LEVIAS and this Motion and Order be sealed.

IT IS FURTHER ORDERED that as the defendants are arrested by law enforcement authorities, the Third Superseding Indictment is unsealed as to that defendant only, by this order.

Signed at McAllen, Texas on this the ___7th___ day of September 2021.

_____
PRESIDING JUDGE

United States District Court
Southern District of Texas
FILED

SEP 07 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-20-1792-S3 |
| § | |
| JUAN RICARDO HERNANDEZ § | |
| AGUSTIN CARBAJAL, JR. § | |
| BRIAN KEITH JONES § | |
| ARCHIE ANTWON LEVIAS § | |

### SEALED THIRD SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

#### Count One

On or about September 16, 2020, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**JUAN RICARDO HERNANDEZ
AGUSTIN CARBAJAL, JR.
BRIAN KEITH JONES
and
ARCHIE ANTWON LEVIAS**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery and attempt to obstruct, delay, and affect the movement of articles and commodities in commerce by robbery, in that the defendants did unlawfully attempt to take drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count Two

On or about September 16, 2020, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**JUAN RICARDO HERNANDEZ**
**AGUSTIN CARBAJAL, JR.**
**BRIAN KEITH JONES**
**and**
**ARCHIE ANTWON LEVIAS**

aiding and abetting each other, did knowingly carry and brandish firearms, during and in relation to a crime of violence for which they have been prosecuted in a court of the United States, namely, Hobbs Act Robbery in violation of Title 18 United States Code 1951(a).

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY